UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF Case
Case No.   12-cv-5183 (SAS)

Plaintiff   FILB CO-INVESTMENTS LLC

-v-

Rule 7.1 Statement

Defendant   UNITED COMMUNITY BANKS, INC.

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for FILB CO-INVESTMENTS LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 7/3/12

Signature of Attorney

Attorney Bar Code: GJ-1210

Form Rule7_1.pdf