UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

FILB CO-INVESTMENTS LLC,

                    Plaintiff,

                    No. 12 CV 5183 (SAS)

      - against -

UNITED COMMUNITY BANKS, INC.,

                    Defendant.

-----------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant United Community Banks, Inc. hereby discloses that it does not have a parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated:   New York, New York
          September 10, 2012

                                 Respectfully Submitted,

                                 FRIEDMAN KAPLAN SEILER &
                                   ADELMAN LLP

                                 Eric Seiler (eseiler@fklaw.com)
                                 Jason C. Rubinstein (jrubinstein@fklaw.com)
                                 Christopher L. McCall (cmccall@fklaw.com)
                                 Yitzchak E. Soloveichik (ysoloveichik@fklaw.com)
                                 7 Times Square
                                 New York, NY 10036-6516
                                 (212) 833-1100

                                 *Attorneys for Defendant*
                                 *United Community Banks, Inc.*