# FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
RICHARD M. HOFFMAN
SCOTT M. BERMAN
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG
JEFFREY C. FOURMAUX
JASON C. RUBINSTEIN
MICHAEL A. GORDON

7 TIMES SQUARE
NEW YORK, NY 10036-6516

TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
212 833 1131

WRITER'S DIRECT FAX
212 373 7931

E-MAIL
JRUBINSTEIN@FKLAW.COM

NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
COUNSEL

JESSICA A. MURZYN
ROBERT S. LANDY
STEVEN E. FRANKEL
L. REID SKIBELL
DANIEL R. GREENBERG
SHEELA V. PAI
TIMOTHY M. HAGGERTY
CHRISTOPHER M. COLORADO
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
CARI FAIS
SAUMYA MANOHAR
EMILY L. CHANG
PEARLINE M. KYI
ERIC J. FINKELSTEIN
JENNIFER A. MUSTES
CHARLES E. ENLOE
ALEXANDER D. LEVI
ELIZABETH S. LOSEY
KFIR ABUTBUL
SARAH F. FOLEY
BRETT J. HARTMAN*

* ADMITTED IN CA AND NJ

January 10, 2013

**BY HAND**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  *FILB Co-Investments LLC v. United Community Banks, Inc.*,
           12 CV 5183 (S.D.N.Y.) (SAS)

Dear Judge Scheindlin:

      We represent defendant United Community Banks, Inc. ("UCBI") in the above-referenced action. Pursuant to Part V.B.2 of Your Honor's Individual Rules and Procedures, we write to request that Your Honor enter an order compelling non-party Fletcher Asset Management, Inc. ("FAM") to comply with a subpoena *duces tecum* that UCBI duly served on FAM at its Manhattan offices two months ago.

Background

      UCBI served a subpoena *duces tecum* on FAM on November 7, 2012 and a corrected subpoena *duces tecum* on FAM on November 13, 2012 (together, the "Subpoena"). As confirmed by affidavits of service, the original subpoena was served upon Gerti Muho of FAM, and the corrected subpoena was served upon Giacomo LaFata of FAM. The return date on the Subpoena was December 7, 2012. FAM failed to respond or object to the Subpoena by that date. Nor did FAM make any effort to contact

*[Handwritten annotation by the Court:]* Non-party Fletcher Asset Management must respond to this letter no later than January 16, 2013. If no response is received, an order to compel production of documents will be issued. So Ordered, [signature] USDJ 1/10/13

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

The Honorable Shira A. Scheindlin        - 2 -                               January 10, 2013

UCBI to obtain an extension. On December 20, 2012, we sent FAM a letter, delivered by hand, requesting that it respond promptly to the Subpoena and inviting FAM to contact us to discuss the Subpoena. FAM did not respond to our letter.

### The Disclosure Sought from FAM Is Directly Relevant to the Parties' Claims and Defenses and Not Otherwise Obtainable

The claims asserted herein by plaintiff FILB Co-Investments LLC's ("FILBCI"), concerning alleged breaches by UCBI of a Securities Purchase Agreement ("SPA") between UCBI and non-party Fletcher International, Ltd. ("Fletcher"), were purportedly assigned by Fletcher to FILBCI. At all relevant times, FAM was the manager and investment adviser of Fletcher (which is now in bankruptcy). In that capacity, FAM not only negotiated the SPA on behalf of Fletcher, it also directed Fletcher's course of performance under the SPA. FAM is therefore likely to have documents that concern both of these subjects. Such documents would be probative of core issues in this action, including the parties' intent when entering into the SPA, the interpretation of the SPA, and the facts and circumstances underlying the claims purportedly assigned to FILBCI. Our current understanding is that FILBCI has few, if any, of these documents.

For these reasons, UCBI's Subpoena to FAM was necessary and appropriate, and FAM's disregard of the Subpoena is indefensible. Instead of responding to the Subpoena, objecting to it, or seeking to quash or modify it in accordance with FED. R. CIV. P. 45(c)-(d) (although UCBI in no way concedes that any objection to the Subpoena would be well founded), FAM has simply ignored the Subpoena. FAM has also ignored our December 20 letter, in which we urged it to comply with the Subpoena and invited FAM to contact us to discuss it. In view of this history, it is almost certain that FAM will not comply with the Subpoena absent an order of this Court.

Accordingly, we respectfully request that the Court enter an order compelling FAM to produce all documents in its possession, custody, or control that are responsive to the Subpoena, and granting such other relief as the Court deems just and proper.

Respectfully,

*Jason C. Rubinstein*

cc: Douglas J. Pepe, Esq., counsel for plaintiff FILB Co-Investments LLC (by hand)

Fletcher Asset Management (by hand)
48 Wall Street, 5th Floor
New York, New York 10005