UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FILB CO-INVESTMENTS LLC,

        Plaintiff,

  - against -

UNITED COMMUNITY BANKS, INC.,

        Defendant.

------------------------------------------------------------x

No. 12 CV 5183 (SAS)

**[PROPOSED] ORDER COMPELLING COMPLIANCE WITH SUBPOENA**

DATE FILED: 2/19/13

  The Court, having considered defendant United Community Banks, Inc.'s ("UCBI") application, dated January 10, 2013, requesting the entry of an order compelling Fletcher Asset Management, Inc. ("FAM") to produce documents responsive to the subpoena *duces tecum* served upon it by UCBI on November 7, 2012 and the corrected subpoena *duces tecum* served upon it by UCBI on November 13, 2012 (together, the "Subpoena"); and after due deliberation and sufficient cause appearing therefor,

  IT IS HEREBY ORDERED that FAM is directed to produce all non-privileged documents in its possession, custody, or control that are responsive to the Subpoena at the offices of Friedman Kaplan Seiler & Adelman LLP, counsel for UCBI, located at 7 Times Square, New York, New York 10036 (Attn: Yitzchak E. Soloveichik), on or before January 31, 2013; and it is further

  ORDERED that if FAM does not comply with the Subpoena within five (5) business days of January 31, 2013, UCBI may move this Court by order to show cause for an order holding FAM in contempt and imposing appropriate sanctions; and it is further

ORDERED that this Order shall be effective and enforceable immediately upon entry.

SO ORDERED:

Dated: New York, New York
January ___, 2013
Feb. 19

_____
HON. SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

2