UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

FILB CO-INVESTMENTS LLC,

     Plaintiff,

       - against -

UNITED COMMUNITY BANKS, INC.,

     Defendant.

------------------------------------------------------- X

**ORDER**

**12 Civ. 5183 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The parties having notified the Court that they require additional time in order to obtain approval from a bankruptcy court for their settlement, IT IS HEREBY ORDERED that the above captioned action remains discontinued with prejudice and without costs, as ordered on February 25, 2013; provided, however, that at any time before April 15, 2013, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.  No action is required from the clerk of the court, because the case has already been closed.

1

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:     March 12, 2013
          New York, New York

- Appearances -

**For Plaintiff:**

Douglas J. Pepe, Esq.
Gregory P. Joseph, Esq.
Jeffrey Harrison Zaiger, Esq.
Samuel Neil Fraidin, Esq.
Gregory P. Joseph Law Offices LLC
485 Lexington Avenue
30th Floor
New York, NY 10017
(212) 407-1230

**For Defendant:**

Jason Charles Rubinstein, Esq.
Friedman Kaplan Seiler & Adelman
LLP
7 Times Square
New York, NY 10036
(212) 833-1100